MIED ProSe 14 (Rev 5/16)  Complaint for Violation of Civil Rights (Prisoner Complaint)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

**POOR QUALITY ORIGINAL**

Cornell Eugene Brown Jr.

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**v.**

Michigan Department of Corrections, C.O. Glenn, Unknown Correctional officer, State of Michigan.

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case: 2:25-cv-11441
Assigned To : Murphy, Stephen J., III
Referral Judge: Stafford, Elizabeth A.
Assign. Date : 5/16/2025
Description: PRIS Cornell Eugene
Brown Jr. v MDOC et al
LLH

Jury Trial: ☑ Yes  ☐ No
*(check one)*

## Complaint for Violation of Civil Rights
## (Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

**In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis*.**

MIED ProSe 14 (Rev 5/16)  Complaint for Violation of Civil Rights (Prisoner Complaint)

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name  _Cornell Eugene Brown Jr._

All other names by which you have been known: _____

ID Number  _922387_

Current Institution  _Oaks Correctional Facility_

Address  _1500 Caberfae Hwy_
_Manistee, MI 49660_

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name  _Michigan Department of Corrections (MDOC)_

Job or Title
(if known)  _____

Shield Number  _____

Employer  _STATE OF MICHIGAN_

Address  _3855 Cooper St_
_Jackson, MI 49201_

☐  Individual capacity        ☒  Official capacity

2

Defendant No. 2

Name     GLENN

Job or Title     Correctional Officer
(if known)

Shield Number     unKnowN

Employer     MDOC

Address     3855 Cooper St
          Jackson, MI 49201

☐  Individual capacity     ☒  Official capacity

Defendant No. 3

Name     State of Michigan

Job or Title
(if known)

Shield Number

Employer

Address

☐  Individual capacity     ☒  Official capacity

Defendant No. 4

Name     Correctional Officers Unknown

Job or Title     Correctional Officers
(if known)

Shield Number     UnKNowN

Employer     MDOC

Address     3855 Cooper St
          Jackson, MI 49201

☐  Individual capacity     ☒  Official capacity

3

MIED ProSe 14 (Rev 5/16)  Complaint for Violation of Civil Rights (Prisoner Complaint)

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]."  Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐    Federal officials (a *Bivens* claim)

☒    State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983.  If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

8th Amendment, 14th Amendment, 5th Amendment, Prisoners Rights Act, Disabilities Act.

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights.  If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?  N/A

4

MIED ProSe 14 (Rev 5/16) Complaint for Violation of Civil Rights (Prisoner Complaint)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Defendants abused the power and authority by treating Plaintiff in ways that violated his rights protecting him from cruel and unusual punishment. Defendants knew plaintiff was disabled/with a disability evidenced and obvious by his use of a medical device (i.e. arm sling) and he was treated purposefully to cause pain even after the MDOC C.O. Glenn was verbally put on notice by Plaintiff of his disability. The actions and injuries were a direct consequence of the MDOC treatment of a disabled prisoner with complete disregard.

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☐ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☒ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☐ Other *(explain)* _____

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

MIED ProSe 14 (Rev 5/16)  Complaint for Violation of Civil Rights (Prisoner Complaint)

A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose.  *N/A*

B.    If the events giving rise to your claim arose in an institution, describe where and when they arose.

Charles Egeler Reception and Guidance Center
(RGC)

3855 Cooper St

Jackson, MI 49201

C.    What date and approximate time did the events giving rise to your claim(s) occur?

August 3, 2023 approximately 8:15pm.

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

1. The State of Michigan is responsible to Monitor, Supervise, train, fund, and oversee the Michigan Department of Corrections (MDOC), in which they failed to do the required responsibilities.

2. The MDOC has failed to supervise, train property, and maintain a safety, evidenced by C.O. Glenn's actions.

3. Correctional Officer Glenn was entering the housing unit and claimed he was investigating a claim that he smelled smoke, no evidence of this smoke existed, but as a result he told me (as I was the first person he seen walking into the unit) to "cuff up," while he was getting his handcuffs out, I told him that I have a medical detail in my pocket for my medical device (Arm/shoulder Sling) in which I was obviously wearing and explained my injured/disability, so he could cuff my hands in front of my body. I explained to him that cuffing my hand behind me would injure and be very painful, hence the medical device's purpose was to keep my arm in the exact opposite position than what he wanted, in order to prevent an injury, he purposefully ignored and redislocated my shoulder. There was no smoke, no urgency, and I was not in anyway a security risk, so to ignore the medical device, the medical detail sheet, my verbal warning, and all common sense training was to abuse his authority and to vindictively punish me further because I am an incarcerated and disabled individual with a disability.

7a

As a result of being re-injured I revisited Wayne Waters Hospital. The Doctors found I had a clear injury, decrease of active range of motion, which was substantially worst range from the previous/original injury.

I have been seeing a therapist for the PTSD associated with the truama as well. My Psychologist has documented these visits and my PTSD. I am learning therapy methods to help with the intentional infliction of emotional distressed caused by C.O. Glenn. I also continue physical therapy excersices to work on my shoulder but it is still very limited due to the pain and lack of range. I am currently aweiting an MRI appointment to see if corrective surgery is necessary to help with the pain and range of motion.

The retaliation from C.O. Glenn occured when I was turning in my Step 2 Grievance Appeal. At the RGC facility, the only place a Grievance can be submitted is in the "Grievance Box" located in the cafeteria. C.O. Glenn litteally arrested me for and during my attempt to turn in the Grievance form after we discussed the fact that it was the Grievance on him and he tried to stop me from turning it in. Again, instead of cuffing me in the front, he re-injured my shoulder and further had other officers send me to the "hole" Segregation for a "cooldown" period.

Administration discussed this incident with witness Joshua Hahn (#461457 moox) whom witnessed both incidents and stated his opinion similar to my observation.

7 b

The supporting documentation such as the Grievances, Appeals, and Medical Documentation in support of the Grievances are attached. I am continuing medical treatment and will provide more upon reciept and request of the other parties.

Furthermore, I really hoped the MDOC and the State of Michigan would have taken my injury serious before C.O. Glenn would assault other inmates, disabled people or even employees of the MDOC; as he was truly abusive physically and verbally. The MDOC failed to provide proper training and failed to supervise this individual. Thus, a year later he injured a nurse.

The MDOC and CO Glenn failed to provide the necessary care for inmates with disabilities. Their negligence in failing to train and conduct themselves without abusing their authority is evident in itself through the repeated conduct of C.O. Glenn injuring me twice with complete disregard for the process as the C.O. Glenn was able to evade any oversight or training even after his retalitory conduct, by interferring with the administrative process with further punishing me when I tried to use the only remedy available to prisoners, the grievance process. The actions of CO. Glenn and the MDOC violated my rights and detrimented my mental and physical health.

9C

MIED ProSe 14 (Rev 5/16) Complaint for Violation of Civil Rights (Prisoner Complaint)

V.    **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

C.O. Glenn's actions cause the real injuries of dislocating my shoulder causing excruturating pain, then and daily since. This has also caused mental pain and suffering with PTSD. I am continuing treatment for both the mental and physical injuries. The physical injuries are harder to treat as the facility does not have adequate resources, such as a needed MRI, and maybe surgury. Physical therapy excercises are done daily, but the pain still exist and range of motion still suffers as well.

VI.   **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

1. Future earning Economic Damages: $250,000.00 for less earning capacity due to injury will restrict labor jobs;

2. Non-Economic Damages: $350,000.00 For the pain and suffering of the physical injuries and mental suffering;

3. Punitive Damages: $250,000.00 For C.O. Glenn's complete disregard of disabled persons and abuse of authority, and failure to train/supervise of MDOC and State of Michigan;

4. Punitive Damages: $50,000.00 Allowing retalitory actions against plaintiff for filing a grievance on the bad conduct;

5. Additional incidental costs in filing this suit;

6. Future Medical: $100,000.00 and anthing else the Court sees fit.

8

MIED ProSe 14 (Rev 5/16)  Complaint for Violation of Civil Rights (Prisoner Complaint)

**VII.** **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.  Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒  Yes

☐  No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Charles Egeler Reception & Guidance Center
3855 Cooper Street.
Jackson, MI 49201

B.  Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒  Yes

☐  No

☐  Do not know

C.  Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐  Yes

☒  No

☐  Do not know

If yes, which claim(s)?

9

MIED ProSe 14 (Rev 5/16)  Complaint for Violation of Civil Rights (Prisoner Complaint)

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒   Yes

☐   No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐   Yes        N/A

☐   No

E.    If you did file a grievance:

1.    Where did you file the grievance?

MDOC
Charles Egeler Reception and Guidance Center
3855 Cooper St
Jackson, MI 49201

2.    What did you claim in your grievance?

I explained that Officer Glenn ordered me to be cuffed, in which I advised him of my handicap, as my arm was in a medical device (arm sling), in which C.O. Glenn completely and intentionally disregarded by redislocating my arm by cuffing my hands behind my back instead in/front. I was only being cuffed for investigative purposes.

3.    What was the result, if any?

My grievance was denied.

MIED ProSe 14 (Rev 5/16) Complaint for Violation of Civil Rights (Prisoner Complaint)

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

I filed step 2 & step 3 grievances. They were denied

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

N/A

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

N/A

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

I have been continuosly sought help from administration, as I suffered from retalitory conduct, which was also grieved.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

11

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

 ☐  Yes

☒  No

If so, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

 *N/A*

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐  Yes

 ☒  No

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*



1.  Parties to the previous lawsuit

Plaintiff(s) _____

Defendant(s) _____

2.  Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.  Docket or index number

_____

MIED ProSe 14 (Rev 5/16) Complaint for Violation of Civil Rights (Prisoner Complaint)

4.   Name of Judge assigned to your case

_____ N/A _____

5.   Approximate date of filing lawsuit

_____ N/A _____

6.   Is the case still pending?

☐   Yes        N/A

☐   No

If no, give the approximate date of disposition. _____ N/A _____

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

N/A

C.   Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐   Yes

☒   No

D.   If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

Plaintiff(s) _____

Defendant(s) _____

2.   Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.   Docket or index number

_____

MIED ProSe 14 (Rev 5/16)  Complaint for Violation of Civil Rights (Prisoner Complaint)

4.  Name of Judge assigned to your case

_____ N/A _____

5.  Approximate date of filing lawsuit

_____ N/A _____

6.  Is the case still pending?

☐  Yes           N/A

☐  No

If no, give the approximate date of disposition. _____

7.  What was the result of the case?  *(For example:  Was the case dismissed?  Was judgment entered in your favor?  Was the case appealed?)*

_____ N/A _____

_____

## IX.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.  For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: **May 11** , 20**25**.

Signature of Plaintiff    *Cornell Eugene Brown Jr.*

Printed Name of Plaintiff   Cornell Eugene Brown Jr.

Prison Identification #   922387

Prison Address   1500 Caberfae Hwy

Manistee            MI            49660
City                State            Zip Code

14

MIED ProSe 14 (Rev 5/16)  Complaint for Violation of Civil Rights (Prisoner Complaint)

**Additional Information:**

MICHIGAN DEPARTMENT OF CORRECTIONS

4835-4247 10/94
CSJ-247A

# PRISONER/PAROLEE GRIEVANCE FORM

Date Received at Step 1 ___08-07-2023___   Grievance Identifier: | R | C | 2 | 3 | 0 | 6 | 1 | 1 | 4 | 5 | 1 | 7 | I |

| **Be brief and concise in describing your grievance issue.** If you have any questions concerning the grievance procedure, refer to PD 03.02.130 and OP 03.02.130 available in the prison Law Library. |

| Name (print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| Cornell Brown Jr | 922387 | RRC | B3 E-34 | 8/3/25 | 8/4/23 |

What attempt did you make to resolve this issue prior to writing this grievance? On what date? __8/3/2023__
If none, explain why. I told officer Glenn I needed to be cuffed in the front due to a recently dislocated shoulder

State problem clearly. Use separate grievance form for each issue. Additional pages, using plain paper, may be used. Four copies of each page and supporting documents must be submitted with this form. The grievance must be submitted to the Grievance Coordinator in accordance with the time limits of OP 03.02.130.

On 8/3/2023 @ or around approx 7:30pm (1930 hrs), officer Glenn who was working 3 north at the time came over to 3 south side and cuffed me for suspicion of smoking. I told officer Glenn before cuffing me that I have to be cuffed in the front due to my shoulder recently being dislocated, officer Glenn stated, "I like it better from the back", thus causing further damage and my shoulder dislocated again, I was placed in a chair enduring agonizing pain, officer F.M witnessed this as well as a 3 north porter witnessed this and took steps to get me uncuffed. officer had me endure cruel + unusual punishment, the Kiosk I have a medical detail for cuffing in the front which is further extended because of this aggravation.  *Cornell Brown J.*
I was taken to DWH + evaluated. This officer needs ___Grievant's Signature___ further training about compassion for sick and injured inmates.

RESPONSE (Grievant Interviewed?   ☒ Yes   ☐ No   If No, give explanation. If resolved, explain resolution.)

| Respondent's Signature | Date | Reviewer's Signature | 8/16/23 Date |
|---|---|---|---|
| Respondent's Name (Print) | Working Title | Reviewer's Name (Print) | C.S.S-13 Working Title |

| Date Returned to Grievant: 08-17-23 | If resolved at Step I, Grievant sign here. Resolution must be described above. | Grievant's Signature | Date |

*I didnt receive a white copy just Green, yellow, pink, goldenrod*

**MICHIGAN DEPARTMENT OF CORRECTIONS**

CSJ-247S 3/18/2019

## STEP I GRIEVANCE RESPONSE SUPPLEMENTAL FORM
(Use if space on the CSJ-247A is insufficient for a full response by stating on the CSJ-247A "See attached CSJ-247S")

| Prisoner Last Name: | Prisoner #: | Lock/Location: | | Grievance #: |
|---|---|---|---|---|
| Brown | 922387 | 34L-B-3/RGC | | RGC-23-08-1145-171 |

| Prisoner Interviewed: | YES ☒ | NO ☐ | If "NO", Reason: |
|---|---|---|---|
| Extension Granted: | YES ☐ | NO ☒ | If "YES", Enter End Date: |

**COMPLAINT SUMMARY:**
Prisoner states he needed to be cuffed in the front due to a recently dislocated shoulder, prisoner further states that Officer Glenn cuffed him from behind and caused damage and injury to his shoulder, prisoner states that his shoulder was dislocated again.

**INVESTIGATION SUMMARY:**
CO Glenn was interviewed by LT Bordin, nothing was discovered from this interview that would show that CO Glenn caused pain or injury to prisoner Brown. Prisoner Brown was suspected of smoking an unknown substance and was restrained and taken to 3 North base. prisoner was then escorted to 1 South and Duane Waters Health Center (DWH) Urgent Care (UC) for evaluation. A memo was provided by Captain Daniel (see attached) that further describes how the prisoner was seen in DWH UC by Nurse Practitioner Bowman (see attached prisoner injury report CSJ-156). The prisoner did not have a dislocated shoulder, further the prisoner admitted to not wearing his sling at the time of incident, prisoner Brown further under his own power moved the handcuffs from his back to the front of his body. LT Bordin interviewed prisoner Brown in the 3 South PC / ARUS Office on August 10, 2023. Prisoner stated that everything written in the grievance is truthfull and that CO Glenn did dislocated his shoulder. Prisoner denied slipping his handcuffs, or not wearing his sling for his shoulder.

**APPLICABLE POLICY, PROCEDURE, ETC.:**
Policy Directive 03.03.130 Humane Treatment and Living Conditions for Prisoners.

**DECISION SUMMARY:**
Grievance is denied at step 1, prisoners allegations that CO Glenn acted inappropriately by placing him in handcuffs from behind, when he had a sling on is false. Prisoner was restrained appropriatley and prisoner slipped the handcuffs by his own choice. Prisoner was seen by RGC healthcare in DWH UC and medically evaluated. A statement is provided by Captain Daniel that further disproves what prisoner Brown is alleging occurred.

| RESPONDENT NAME: | M. Bordin | TITLE: | Lieutenant CSS-12 |
|---|---|---|---|
| RESPONDENT SIGNATURE: | | DATE: | 8/16/2023 |
| REVIEWER NAME: | J. Daniel | TITLE: | Captain CSS-13 |
| REVIEWER SIGNATURE: | | DATE: | 8/16/2023 |

**Distribution:** Original - Step 1 Grievance Coordinator      Copies – 3 To Grievant (1 Prisoner Copy; 1 for Step II filing; 1 for Step III filing)

*Received back night of 8/31/23 Turned back in A.M. 9/1*

MICHIGAN DEPARTMENT OF CORRECTIONS
**PRISONER/PAROLEE GRIEVANCE APPEAL FORM**

4835-4248  5/09
CSJ-247B

Date Received by Grievance Coordinator
at Step II: 09-01-2023

Grievance Identifier: R G C 2 3 0 8 0 1 1 4 5 1 7 I

**INSTRUCTIONS:** THIS FORM IS ONLY TO BE USED TO APPEAL A STEP I GRIEVANCE.
The white copy of the Prisoner/Parolee Grievance Form CSJ-247A (or the goldenrod copy if you have not been provided
with a Step I response in a timely manner) **MUST** be attached to the white copy of this form if you appeal it at both Step
II and Step III.

*CSJ-247S ✓ cB 9-1-2*

If you should decide to appeal the Step I grievance response to Step II, your appeal should be directed to: *RGC CR*
*Hawkins* by 09-01-2023 . If it is not submitted by this date, it will be considered terminated.

If you should decide to appeal the response you receive at Step II, you should send your Step III Appeal to the Director's
Office, P.O. Box 30003, Lansing, Michigan, 48909. *922387*   *50-2*

| Name (Print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| Brown | 922387 | R.G.C. | 35-B-24L | 8-3-2023 | 8/23/2023 |

**STEP II — Reason for Appeal**

1) Said attached documents were not attached to my Step 1 response, i.e. "Incident/Injury Report"
2) This issue/Grievance was not resolved at Step 1 to my satisfaction, no relief.
3) I was called a "liar" and threatened w/ a ticket by Lt. Borden when interviewed on Step 1
4) My medical records supports my grievance on said date of Incident (I have copies myself for Lansing)

**STEP II — Response**

✱ See Attached ✱

Date Received by
Step II Respondent:
09-01-2023

Received
SEP 01 2023

RGC Grievance Coor.

| Respondent's Name (Print) | Respondent's Signature | Date |
|---|---|---|
| T. Chrisman | | 9/5/23 |

Date Returned to
Grievant: 09-06-2023

**STEP III — Reason for Appeal**

*(currently @ WCC*
✗ See Attached *Mental Health, only allowed crayons here)*

**NOTE:** Only a copy of this appeal and the response will be returned to you.

**STEP III** — Director's Response is attached as a separate sheet.

DISTRIBUTION:  White – Process to Step III;  Green, Canary, Pink – Process to Step II;  Goldenrod – Grievant

**Step II Grievance Appeal Response**        RGC 23-08-1145-17I

**Name:**  Brown                    Number  922387            **Lock:**  RGC

**Summary of Step I Complaint:**

The grievant states he need to be cuffed in front due to a recently dislocated shoulder, the grievant further stats that Officer Glenn cuffed him from behind and caused damage and injury to his shoulder. The grievant states that his shoulder was dislocated again.

**Summary of Step I Response:**

The respondent writes that Officer Glenn was interviewed, during the interview nothing was found that would show that Officer Glenn caused pain of injury to the grievant. The grievant was suspected of smoking an unknown substance and was restrained and taken to 3 North base. The grievant was escorted to DWH urgent care for evaluation. A memo was provided by Capt. Daniel that describes how the prisoner was seen in DWH urgent care by Nurse Practitioner Bowman (see attached prisoner injury report). The grievant did not have a dislocated shoulder as noted by Nurse Practitioner Bowman, further the grievant admitted to not wearing his sling as the time of the incident, the grievant went on to states that under his own power he moved the handcuffs from his back to the front of his body. The grievant was interviewed stating that everything in the grievance was true and disputed slipping his handcuffs and not wearing his sling.

**Summary of Reason for Appeal:**

The grievant writes the attached documents were not provided to him, and that the issue was not resolved at step I to his satisfaction. The grievant states that he was called a liar and that medical records support his grievance.

**Summary of Step II Investigation:**

All information presented at step I was reviewed, information presented upon appeal to step II has also been reviewed.

**Conclusion:**

All documents presented with this Step II appeal have been reviewed. All relevant information was considered. This reviewer finds the response provided at Step I adequately address the merits of the main issue.

Based on the above, your grievance is considered Denied at Step II.

| | | |
|---|---|---|
| T. Chrisman, A/Warden | | 9/5/23 |
| Respondent's Name (Print) | Respondent's Signature | Date |

Original copy sent out on ~~Cordell brown~~

11-10-2023

## Step 3 Appeal

RGC 2308011451 7 I

1) Said attached documents in response were not actually given: (Incident/Injury Report and Statement by Captain Daniel(s))

2) It keeps getting mentioned that I slipped my own cuffs to the front of me. However; this was done to alleviate the pain of my shoulder getting dislocated by c/o Glenn. Slipping my cuffs is <u>NOT</u> what dislocated my shoulder.

* 3) Medical records show (see attached) that before this grieved incident my shoulder had Full Active Range of Motion. Records also show that after this incident I had decreased Range of Motion (see Highlighted differences in attached Medical Records)

←

4) My sling was across my Body, it didnt have to have my arm in it due to me being in the Housing unit per Dr. Bhavsore

5) My notice to c/o Glenn was blatantly disregarded as well as my medical detail I informed him I had. He didnt bother to ask to see it.

6) I never received a misconduct. IF I was smoking an unknown substance, why didnt staff bother to write a ticket.

*Staff officers @ R.G.C. in Jackson MI have no regard for human prisoners Something needs to be done!

— Cornell Brown

10/10/2023

✱ R.G.C. Quarantine is acting in
a corrupt manner.

My documented encounter @ the
E.R. @ RGC for dislocating
my shoulder originally to
receive the medical sling detail from
exercising that later on C.O.
Glenn disregarded occured on
7-31-23. However, medical
altered the documents to say
this happened on the same day
as the second occurence
when this officer actually
dislocated my shoulder. Which
was 8-3-23. These incidents
were 3 days apart and an
investigation needs to be done

Staff & administration @ RGC
cover themselves by lying and
sticking up for corrupt officers

All I wanted was an apology
from c/o Glenn

This led to a suicide attempt by
myself later on @ RGC as well as other →

disregarded, rejected grievances
and cries for help from
administration against corrupt
officers. My mental health
has been affected drastically.

Inmates who witnessed Officer
Glenn Dislocate my shoulder
and disregard my medical sling
Detail

Joshua Hahn
       MDOC #461457

Darrol Couillard
       MDOC #724460

Prisoner Choker
       MDOC # 962527

) Inmate Hahn also witnessed
a retalitory incident I have
documented in a seperate
grievance I will be sending to
the Directors office in Lansing

 

*A99*

**STATE OF MICHIGAN**

GRETCHEN WHITMER
GOVERNOR

**DEPARTMENT OF CORRECTIONS
LANSING**

HEIDI E. WASHINGTON
DIRECTOR

## STEP III GRIEVANCE DECISION

Rec #:    147053
          17I

| | | |
|---|---|---|
| To Prisoner: | Brown | #: 922387 |
| Current Facility: | MTU | |
| Grievance Identifier: | RGC-23-08-1145-17I | |
| Step III Received: | 11/17/2023 | |

Your Step III appeal has been reviewed and considered by the Grievance Section of the Office of Legal Affairs in accordance with PD 03.02.130, "Prisoner/Parolee Grievances". Upon examination it has been determined that your issue was in fact considered, investigated, and a proper decision was rendered.

## THE STEP III APPEAL IS DENIED.

THIS DECISION CANNOT BE APPEALED WITHIN THE DEPARTMENT.

Date Mailed:    NOV 2 9 2023

**Richard D. Russell, Manager Grievance
Section, Office of Legal Affairs**

cc: Warden, Filing Facility  RGC

GRANDVIEW PLAZA • P.O. BOX 30003 • LANSING, MICHIGAN  48909

31791 818

*Received back night of 8/31/23 9/1 turned back in AM.*

MICHIGAN DEPARTMENT OF CORRECTIONS
**PRISONER/PAROLEE GRIEVANCE APPEAL FORM**

4835-4248  5/09
CSJ-247B

Date Received by Grievance Coordinator
at Step II: **09-01-2023**

Grievance Identifier: | R | G | C | 2 | 3 | 0 | 8 | 0 | 1 | 1 | 4 | 5 | 1 | 7 | I |

*CSJ-247S* ✓ CB
*9-1-2*

**INSTRUCTIONS:** THIS FORM IS ONLY TO BE USED TO APPEAL A STEP I GRIEVANCE.
The white copy of the Prisoner/Parolee Grievance Form CSJ-247A (or the greenrod copy if you have not been provided with a Step I response in a timely manner) **MUST** be attached to the white copy of this form if you appeal it at both Step II and Step III.

NOV 17 2023

If you should decide to appeal the Step I grievance response to Step II, your appeal should be directed to: *RGC CR*
_Hawkins_____ by **09-01-2023**. If it is not submitted by this date, it will be considered terminated.

If you should decide to appeal the response you receive at Step II, you should send your Step III Appeal to the Director's Office, P.O. Box 30003, Lansing, Michigan, 48909.

922387

50-2-1

| Name (Print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| Brown | 912387 | R.G.C. | 35-03-1 L | 8-3-2023 | 8/23/2023 |

**STEP II — Reason for Appeal**

1.) Said attached documents were not attached to my Step 1 response, i.e. "Incident/Injury Report"
2.) This issue/Grievance was not resolved at Step 1 to my satisfaction, no relief.
3.) I was called a "liar" and threatened w/ a ticket by Lt. Borden when interviewed on Step 1
4.) My medical records supports my grievance on said date of Incident (I have copies myself for Lansing

**STEP II — Response**

✗ *See Attached* ✗

Date Received by Step II Respondent: **09-01-2023**

**Received**

SEP 01 2023

RGC Grievance Coor.

| T. Chrisman | [signature] | 9/5/23 | Date Returned to Grievant: **09-06-2023** |
|---|---|---|---|
| Respondent's Name (Print) | Respondent's Signature | Date | |

**STEP III — Reason for Appeal**

(currently @ WCC →)

✗ See Attached Mental Health, only allowed crayons here)

**NOTE:** Only a copy of this appeal and the response will be returned to you.

**STEP III** — Director's Response is attached as a separate sheet.

DISTRIBUTION:  White – Process to Step III;  Green, Canary, Pink – Process to Step II;  Goldenrod – Grievant

## Michigan Department of Corrections
## Medical Detail Special Accommodations

Off #:  0922387                    Offender Name:  Brown, Cornell Eugene Jr.

| | | |
|---|---|---|
| __ No Work | Exp. Date: | _____ |
| __ Lay In | Exp. Date: | _____ |

**Housing Restriction**

| | Expiration Date |
|---|---|
| **Restriction** | 06/18/2024 |
| Bottom Bunk | |

**Physical Limitation Restriction**

X  No Restrictions

**May have the following equipment in his/her possession**

| Equipment | Start Date | End Date | Return Date |
|---|---|---|---|
| Ice Pack | 08/01/2023 | 08/07/2023 | |
| ICE PACK DETAIL. Three times per day. Obtain from chow hall. | | | |
| Sling | 07/31/2023 | | |
| arm sling R shoulder | | | |

Comments:  N/A

*my ice detail was extended due to this officers actions*

12/18/2023
Date

Offender Name:  **Brown, Cornell Eugene Jr.**    Off #:  0922387    Lock:  A:099:Bot:02

*ALL EXPIRATION DATES ARE AT 24:00*

## Michigan Department of Corrections
### Clinical Encounter

| | | Off #: 0922387 |
|---|---|---|
| Offender Name: Brown, Cornell Eugene Jr. | | |
| Date of Birth:  11/08/1995 | Sex:      M | Facility:  RGC |
| Encounter Date:  07/31/2023 17:38 | Provider:  Woolsey, Darel [DW8] | Unit:  3  S Officer Station |

DWH ER Paramedic/EMT encounter performed at ER.

**SUBJECTIVE:**

**Administrative Notes:**

ADMINISTRATIVE NOTE   1        Provider:   Woolsey, Darel [DW8]

prisoner here from rgc c/o rt shou;der dislocation.   Prisoner arrives awake alert ambulatory holding rt arm tight to his chest.   prisoner states he was working out and dislocated his shoulder  not sure if he got it back in or not  states history of rt shoulder dislocations with surgery to repair.   scar on rt shoulder  shoulder feels to be in place and prisoner able to move  arm  up down and side to side .  vitals taken as charted  np Foltz to evaluate pt.    pt given motrin 600  p.o.    pt released to return to lock exited er awake alert ambulatory in stable condition

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 07/31/2023 | 17:48 RGC | 97.3 | 36.3 | | Woolsey, Darel [DW8] |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 07/31/2023 | 17:48 RGC | (71) | — | | Woolsey, Darel [DW8] |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 07/31/2023 | 17:48 RGC | 18 | Woolsey, Darel [DW8] |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 07/31/2023 | 17:48 RGC | 103/72 | | | | Woolsey, Darel [DW8] |

**SpO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 07/31/2023 | 17:48 RGC | 97 | | Woolsey, Darel [DW8] |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 07/31/2023 | 17:48 RGC | Unavailable | 0.0 | | Woolsey, Darel [DW8] |

**Exam:**

**ASSESSMENT:**

Other

**PLAN:**

**Disposition:**

Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 08/01/2023 | Counseling | Access to Care | Woolsey, Darel | Verbalizes Understanding |

Generated 08/01/2023 09:58 by Woolsey, Darel [DW8]        MDOC - RGC

Offender Name: Brown, Cornell Eugene Jr.
Date of Birth:   11/08/1995
Encounter Date: 07/31/2023 17:38

Sex:         M
Provider:  Woolsey, Darel [DW8]

Off #:       0922387
Facility:   RGC
Unit:        3 S Officer Station

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|

**Co-Pay Required:**            No       **Cosign Required:**  No

**Telephone/Verbal Order:**  No

**Standing Order:**            No

Completed by Woolsey, Darel [DW8] on 08/01/2023 09:58

# Michigan Department of Corrections
## Clinical Encounter

| | | | |
|---|---|---|---|
| Offender Name: Brown, Cornell Eugene Jr. | | Off #: | 0922387 |
| Date of Birth:    11/08/1995 | Sex:    M | Facility: | RGC |
| Encounter Date:  08/03/2023 07:53 | Provider:  Foltz, Gregory [GF4] NP | Unit: | 3  S Officer Station |

DWH ER Provider encounter performed at ER.
**Barriers to Communication:**  None

**SUBJECTIVE:**

COMPLAINT  1      Provider:  Foltz, Gregory [GF4] NP

Chief Complaint:    Musculoskeletal

Subjective:    This patient is a 27 YO white male presenting to the DWH UC from RGC intake with a complaint of R shoulder pain which he states he believes he dislocated during exercises. The patient states he thinks his shoulder relocated and said he dislocated is twice requiring ED intervention where he had surgery following the second dislocation. The patient states he has dislocated and relocated his R shoulder three times since the surgery including todays incident. The patient is able to raise his arms extended straight out about his head bilaterally and rotate his r arm around with little difficulty. He does complain of moderate pain in his R shoulder upon ambulation of his R arm.

HPI: Patient has a past medical history which includes psychiatric diagnosis and HIV, also a surgical history of R shoulder repair. The patient is a 27 YO white male who presents with R shoulder pain which was caused by exercise.

PMH: See COMS

Meds: See COMS

Allergies: NKDA

**Pain Location:**    Shoulder-Right

Pain Scale:   6

Pain Qualities:    Aching

History of Trauma:

Onset:

Duration:

Exacerbating Factors:

Relieving Factors:

Comments:

ROS:
   **Musculoskeletal**
      **General**
         Yes: Shoulder Pain
         R shoulder pain

**OBJECTIVE:**

Exam:
   **General**
      **Affect**
         Yes: Pleasant, Cooperative
      **Appearance**

| Offender Name: Brown, Cornell Eugene Jr. | | Off #: | 0922387 |
| Date of Birth: 11/08/1995 | Sex: M | Facility: | RGC |
| Encounter Date: 08/03/2023 07:53 | Provider: Foltz, Gregory [GF4] NP | Unit: | 3 S Officer Station |

## Exam:

Yes: Alert and Oriented to Time, Place, and Person

**Mental Health**

**Affect**

Yes: Normal

**Attention**

Yes: Normal

**Musculoskeletal**

**Shoulder**

Yes: Full Range of Motion, Symmetric, Normal Active ROM, Normal Passive ROM, Neurovascular Intact, Tenderness

No: Non-tender on Palpation, Warm to Touch, Clicking, Popping, Locking

**Shoulder ROM and Tests**

Yes: Forward Flexion, Forward Extension, Axillary Nerve Motor Intact, Axillary Nerve Sensory Intact

**Pain**

**Appearance**

Yes: Appears in Pain

**Pulmonary**

**Observation/Inspection**

Yes: Normal

## ASSESSMENT:

Unsp injury of right shoulder and upper arm, init encntr, S49.91XA - Current, Temporary/Acute, Initial

## PLAN:

**Disposition:**

Kite PRN

| Co-Pay Required: | No | Cosign Required: No |
| Telephone/Verbal Order: | No | |
| Standing Order: | No | |

Completed by Foltz, Gregory [GF4] NP on 08/07/2023 09:25

# Michigan Department of Corrections
## Clinical Encounter

| | | |
|---|---|---|
| Offender Name: Brown, Cornell Eugene Jr. | | Off #: 0922387 |
| Date of Birth: 11/08/1995 | Sex: M | Facility: RGC |
| Encounter Date: 08/03/2023 20:15 | Provider: Bowman, Melissa [MB38] | Unit: 3 S Officer Station |

DWH ER Provider encounter performed at ER.

**Barriers to Communication:** None

**SUBJECTIVE:**
> COMPLAINT 1      Provider: Bowman, Melissa [MB38] PA

> Chief Complaint: Pain

> Subjective: Patient is 27 year old male who states his right shoulder became dislocated when being handcuffed. Patient states it dislocates very easy. Multiple dislocations recently. Patient states he believes shoulder is back in place.

**Pain Location:**

Pain Scale:

Pain Qualities:

History of Trauma:

Onset:

Duration:

Exacerbating Factors:

Relieving Factors:

Comments:

**ROS:**
> **Cardiovascular**
>> **General**
>>> Yes: Normal
> **General**
>> **Constitutional Symptoms**
>>> Yes: Current Medical, Dental, Mental Health Complaint
>>> No: Dizziness, Dyspnea, Nausea
>>> right shoulder pain
> **Pulmonary**
>> **Respiratory System**
>>> Yes: Normal

**OBJECTIVE:**
**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 08/03/2023 | 19:54 RGC | 97.3 | 36.3 | | Charbonneau, Robert [RC7] |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 08/03/2023 | 19:54 RGC | 90 | | | Charbonneau, Robert [RC7] |

*was 70, Higher rate, was distraught* (handwritten)

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 08/03/2023 | 19:54 RGC | 18 | Charbonneau, Robert [RC7] |

**Blood Pressure:**

## Michigan Department of Corrections
## Clinical Encounter - Administrative Note

| | | | |
|---|---|---|---|
| Offender Name: | Brown, Cornell Eugene Jr. | Off #: | 0922387 |
| Date of Birth: | 11/08/1995 | Sex: M | Facility: RGC |
| Note Date: | 08/03/2023 19:55 | Provider: Charbonneau, Robert | Unit: 3 S Officer Station |

DWH ER Paramedic/EMT encounter performed at ER.

**Barriers to Communication:** None

**Administrative Notes:**

ADMINISTRATIVE NOTE   **1**        Provider:  Charbonneau, Robert [RC7]

Arrived ambulatory without difficulty for right shoulder injury.  He is alert and oriented.  He reports that his right shoulder "dislocated when I was cuffed."  He was able to reduce the dislocation by himself and says that 'it feels like it is back in place now."  VS were documented.  Exam  by PA Bowman.  Released with custody.

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 08/03/2023 | 19:54 RGC | 97.3 | 36.3 | | Charbonneau, Robert [RC7] |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 08/03/2023 | 19:54 RGC | 90 | | | Charbonneau, Robert [RC7] |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 08/03/2023 | 19:54 RGC | 18 | Charbonneau, Robert [RC7] |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 08/03/2023 | 19:54 RGC | 155/68 *Elevated blood Pressure* | | | | Charbonneau, Robert [RC7] |

**SpO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 08/03/2023 | 19:54 RGC | 97 | Room Air | Charbonneau, Robert [RC7] |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 08/03/2023 | 19:54 RGC | Unavailable | 0.0 | | Charbonneau, Robert [RC7] |

| | | | |
|---|---|---|---|
| **Co-Pay Required:** | No | **Cosign Required:** No | |
| **Telephone/Verbal Order:** | No | | |
| **Standing Order:** | No | | |

Completed by Charbonneau, Robert [RC7] on 08/03/2023 19:59

| Offender Name: Brown, Cornell Eugene Jr. | | | | | Off #: | 0922387 |
|---|---|---|---|---|---|---|
| Date of Birth: 11/08/1995 | | | Sex: | M | Facility: | RGC |
| Encounter Date: 08/03/2023 20:15 | | | Provider: | Bowman, Melissa [MB38] | Unit: | 3 S Officer Station |

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 08/03/2023 | 19:54 RGC | 155/68 | *Elevated Blood pressure* | | | Charbonneau, Robert [RC7] |

SpO2:

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 08/03/2023 | 19:54 RGC | 97 | Room Air | Charbonneau, Robert [RC7] |

Weight:

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 08/03/2023 | 19:54 RGC | Unavailable | 0.0 | | Charbonneau, Robert [RC7] |

Exam:
  Cardiovascular
    Auscultation
      Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2
      No: M/R/G
    Observation
      Yes: Normal Rate, Regular Rhythm

  General
    Appearance
      Yes: Alert and Oriented to Time, Place, and Person, Appears in Pain, Well Developed/Well Nourished
      No: Acutely Ill, Appears in Distress, Appears Well, Diaphoretic, Dyspneic, Visible Injury

  Musculoskeletal
    Shoulder
      Yes: Normal Bony Landmarks, Symmetric, Neurovascular Intact, Tenderness, Decreased Range of Active Motion
      No: Joint Deformity, Swelling, Crepitus
      patient c/o right shoulder pain. Mildly decreased active ROM. Neurovasc intact. No obvious deformity. Does not appear dislocated.

  Pulmonary
    Auscultation
      Yes: Clear to Auscultation
    Observation/Inspection
      Yes: Normal

ASSESSMENT:

  Unsp injury of right shoulder and upper arm, init encntr, S49.91XA - Current, Temporary/Acute, Not Improved/Same

PLAN:
  New Radiology Request Orders:

| Details | Frequency | End Date | Due Date | Priority |
|---|---|---|---|---|
| General Radiology-Upper Extremeties-Shoulder [Right] | One Time | | 08/04/2023 | Routine |

    Authorization Number:
    Specific reason(s) for request (Complaints and findings):
      patient reinjured right shoulder

Disposition:
  Condition on Discharge-Stable
  Education Provided

Generated 08/04/2023 01:12 by Bowman, Melissa [MB38] PA      MDOC - RGC      Page 2 of 3

| Offender Name: | Brown, Cornell Eugene Jr. | | Off #: | 0922387 |
| Date of Birth: | 11/08/1995 | Sex: M | Facility: | RGC |
| Encounter Date: | 08/07/2023 15:26 | Provider: Bhavsar, Janak [JB9] MD | Unit: | 3 S Officer Station |

**Other Infectious Diseases:**

*These are notes from the day I had my Physical done by Dr. Bhavsar @ R.G.C. 4 days after incident*

| | |
|---|---|
| Syphilis: | No |
| Syphilis Last Treatment: | N/A |
| Genital Warts: | No |
| Chlamydia: | Yes |
| Gonorrhea: | Yes |
| Herpes: | No |
| Chicken Pox: | No |
| Other: | No |
| Comments: | 2020- Treated |
| | 2021- Treated |

New syphilis reactive result with intake labs in July 2023.

**Substance Use History:**

| | Last Used | Frequency | Route | Type | Amount |
|---|---|---|---|---|---|
| Marijuana | Within 6 months | Daily | Smoked | | |

**Hx of Withdrawal Symptoms:**
**Comments:**

**Current Painful Condition:**
Location: Right shoulder

**Other Health Issues:**
**Current Medical Conditions:** Right shoulder dislocation: patient reported two different episodes of Right shoulder dislocation while at RGC. First one was around 7.31.23 and the other one around 8.3.23. Patient was seen at DWHC urgent care at both times. However, patient was able to 'relocate' the joint on his own. New xray report reviewed with the patient. Patient reported mild anterior discomfort. No weakness, tingling, or numbness in Right upper extremity. Patient remains independent for ADLs. Patient reports use of APAP as needed.

**Other Current Treatments:** Syphilis- Pending response back from MDHHS. Patient denied new symptom or concern. Also, updated patient about change in plan regarding Syphilis treatment patients. Medical hold is not required going forward.

HIV: reviewed new lab results with CD4 count of 1314 (45.37%) and undetectable HIV Viral load. Patient denied new symptom or concern today.

**Pregnant:** N/A

**Dental Condition:** Denied
**Pain in Teeth or Mouth:** No
**Swelling in Mouth:** No
**Dental Complaint:** No
**Current Dental Treatment:** No
**Comments:**

| Offender Name: | Brown, Cornell Eugene Jr. | | | Off #: | 0922387 |
| Date of Birth: | 11/08/1995 | Sex: | M | Facility: | RGC |
| Encounter Date: | 08/07/2023 15:26 | Provider: | Bhavsar, Janak [JB9] MD | Unit: | 3 S Officer Station |

**Extremities:**

**Nails Clubbing:**

**Nails Cyanosis:**

**Lower Extremity Edema - Right:** None

**Lower Extremity Edema - Left:** None

**Atrophy:** No

**Amputations:** No

**Other Deformities:** No

**Varicosities:** No

**Calf Tenderness:** No

**Pulse Deficit:** No

| **Strength:** | **Right** | **Left** |
| Arm: | | |
| Leg: | | |
| **Full ROM:** | **Right** | **Left** |
| Arm: | No | Yes |
| Leg: | Yes | Yes |

**Comments:** Right upper extremity in the sling. Minor asymmetry on anterior aspect of Right shoulder.
ROM testing aborted due to patient's c/o discomfort.
Right hand grip strength as expected and equal to last visit.
Right radial pulse intact and equal to Left radial pulse.
Sensation intact in Right hand.

**Reflexes:**

| | **Right** | **Left** |
| **Biceps:** | | |
| **Patellar:** | | |
| **Brachioradialis:** | | |
| **Achilles:** | | |

**Sensation:**

**Vibratory:**

**Light Touch:**

**Pin Prick:**

**Comments:**

**GU:**

**Chaperoned By:**

| Offender Name: | Brown, Cornell Eugene Jr. | | | Off #: | 0922387 |
|---|---|---|---|---|---|
| Date of Birth: | 11/08/1995 | Sex: | M | Facility: | RGC |
| Encounter Date: | 08/07/2023 15:26 | Provider: | Bhavsar, Janak [JB9] MD | Unit: | 3 S Officer Station |

**Item**

Current Medical Conditions

Current Painful Condition

Other Current Treatments

Ice Pack

Sling

Tobacco History

ROM Right Arm

PPD Administration Not Performed

*✱ Due to recent dislocation from officer Glenn, I have discussed consideration for a second surgery to fix my shoulder.*

Health Problems Newly Identified During This Encounter:

| Type | Health Problem | Status |
|---|---|---|
| Chronic | Human immunodeficiency virus [HIV] disease | Current |
| Temporary/Acute | Late syphilis, unspecified | Current |
| Temporary/Acute | Unsp injury of right shoulder and upper arm, init encntr | Current |

Schedule:

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| MP Follow Up | 09/07/2023 00:00 | Medical Provider |

HIV, Syphilis (pending decision on treatment plan), Recurrent dislocation of Right shoulder joint. Risk score not available. Check for new risk score. Arrange chronic care visit accordingly.

**Other:**

HIV: Continue current treatment plan. Patient to follow with infectious disease team once the appointment was made.

Syphilis: patient was advised about plan to follow-up on recommendations per MDHHS. Also, advised patient that there was no medical hold for syphilis treatment.



Right shoulder. Advised patient about xray report. Encouraged patient to use sling and to use APAP for comfort measures. Discussed consideration for orthopedic consultation. However, patient deferred it 'till I get to next prison'. One month follow-up visit requested.

Lab results and xray reports reviewed with the patient. Triglycerides just above normal (152). Educated patient to watch for foods with higher cholesterol content.

Reviewed and signed CHJ 631. Copy given to patient. Patient had signed CHJ 465 during BFU visit.
Cleared to a 003 site.
Encouraged healthy diet and lifestyle and to avoid risky behaviors.
Risk score not available.
MP follow-up as scheduled.

\*\*The record is cumulative and other medical staff may have contributed data that appears in this document\*\*

**Disposition:**

Education Provided

Kite PRN

**Patient Education Topics:**

**\*\*SENSITIVE BUT UNCLASSIFIED\*\***

# Michigan Department of Corrections
## Mental Health Progress Note

| | |
|---|---|
| Offender Name: Brown, Cornell Eugene Jr. | Off #: 0922387 |
| Date of Birth: 11/08/1995 | Sex: M  Facility: RGC |
| Date: 09/05/2023 14:04 | Provider: Pearson, Thomas [TP] |
| Level of Care: OPT - V | |

**Barriers to Communication:** None

### Reason for Services

Kite sent stating that he is being discriminated against and harassed by officers.

### Comments

Inmate Brown reports that he has a complaint of being physically assaulted by an officer. Reports that an officer attempted to cuff him up. Inmate Brown stated that he informed the officer of a shoulder injury and the officer ignored his plea. The officer handcuffed him with his hands in the back. While sitting in the chair the inmate slid his arms up under his legs and moved the handcuffs to the front. Inmate reports that he later presented to the DWH Hospital and the medical report indicated a decrease in his range of motion in his shoulder. Inmate believes that this injury occurred due to being handcuffed from the back. Reports filing a grievance and having a hearing on these accusations. Reports that he has specifically filed a grievance against the officer for that occurrence. Inmate reports that he is being discriminated against by not being allowed to work as a Porter on the unit. Inmate reports that an officer clearly denim the right to work on the unit due to previous CSC charges in his record. Inmate reports that he has filed a grievance against the officers and that he is now being retaliated against. Inmate reports that he was recently placed in a cell with the words "Cho Mo" written over the top of the cell in marker. Inmate feels that he is now being classified as a child molester in front of other inmates. Currently reports being approached by other inmates who are asking him questions about his charges. Inmate Brown also reports other forms of retaliation such as LOP and having his phone privileges taken away. Inmate Brown reports that these violations of his rights are causing him increased stress and he is in constant fear of further retaliation from officers. Inmate reports that he will now seek the assistance of an ADW to discuss an early transfer out of RGC. Inmate denies any thoughts of harming himself or others. Inmate was asked if he would like to contact an inspector at this time. The inmate stated, "No, not yet." "I will contact the ADW next."

### Plan/Diagnostic Changes

Inmate instructed to maintain OPT services. Instructed to Kite mental health services as needed for additional support or concerns.

### Follow-up/Next Appointment

Inmate will be scheduled for a mental health appointment within the near future.

### Current Mental Status

**Level of Consciousness:** Alert and Oriented

**Psychomotor Activity:** Normal

**General Appearance:** Normal

**Behavior:** Cooperative

**Mood:** Appropriate to Content

**Thought Process:** Appropriate

**Thought Content:** Normal

*[Handwritten note:]* ☀ This same officer Later was reprimanded ⓑ Arrested For assault on a nurse A year Later @ this same Facility.

| | | | |
|---|---|---|---|
| **Co-Pay Required:** | No | **Cosign Required:** No | |
| **Telephone/Verbal Order:** | No | | |
| **Standing Order:** | No | | |

Generated 09/05/2023 14:14 by Pearson, Thomas [TP]      MDOC - RGC      Page 1 of 2

Offender Name:  Brown, Cornell Eugene Jr.                          Off #:       0922387
Date of Birth:     11/08/1995                    Sex:          M          Facility:  RGC
Date:                    09/05/2023 14:04              Provider:     Pearson, Thomas [TP]
Level of Care:    OPT – V

Completed by Pearson, Thomas [TP] on 09/05/2023 14:14

# Michigan Department of Corrections

## Kite Response

**Offender #:**  0922387        **Offender Name:** Brown, Cornell Eugene Jr.

**Location:** MTU - RICHARD A HANDLON CORRECTIONAL        **Lock:** E:114:Bot:02

| | |
|---|---|
| **Discipline:** | Medical |
| **Received Date:** | 04/28/2024 |
| **Initiated Date:** | 04/27/2024 |
| **Taken By:** | Lorentz, Melissa [ML5] RN |
| **Request Type:** | Medical Question |
| **Request Summary:** | "My arm has been bothering me for months. A lot of clicking & popping in my shoulder along with pain that often times is unbearable w/o my Tylenol/IBuprofen. This has occurred ever since a CO. in R.G.C. dislocated my shoulder. My Doctor recommended orthapedic consultation. May I Be referred to see if I need Surgery to repair Labrel?" |
| **Plan/Action:** | Schedule nurse visit |
| **Comments:** | You are scheduled to see the nurse. Please watch for your call-out and be on time for your appointment. In the meantime, keep taking your pain relievers as needed. |



# Michigan Department of Corrections

## Kite Response

**Offender #:**  0922387          **Offender Name:** Brown, Cornell Eugene Jr.

**Location:** ECF - OAKS CORRECTIONAL FACILITY                    **Lock:** 02:136L:Bot:B

| | |
|---|---|
| **Discipline:** | Medical |
| **Received Date:** | 04/13/2025 |
| **Initiated Date:** | 04/13/2025 |
| **Taken By:** | Marier, Kirsten [KM36] RN |
| **Request Type:** | Medical Question |
| **Request Summary:** | I need a follow-up on my right shoulder from an incident involving a C.O. when my shoulder was injuring on 8/3/23. The pain is getting and has gotten worse when the weather changes. Pain is a 10/10 on pain scale and physical therapy did not help. I need a MRI to see about surgery options. |
| **Plan/Action:** | Scheduled an appointment for above complaint. |
| **Comments:** | |

*RETALIATION* I will be seeking Legal assistance @ this point

MICHIGAN DEPARTMENT OF CORRECTIONS
**PRISONER/PAROLEE GRIEVANCE FORM**

4835-4247 10/94
CSJ-247A

Date Received at Step I **08-30-2023** Grievance Identifier: **RGC 2308 0127 5 19I**

Be brief and concise in describing your grievance issue. If you have any questions concerning the grievance procedure, refer to PD 03.02.130 and OP 03.02.130 available in the prison Law Library.

| Name (print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| Cornell Brown | 922387 | RGC | 3s-B-34 | 8-28-23 | 8-28-23 |

What attempt did you make to resolve this issue prior to writing this grievance? On what date? **8-28-2023**
If none, explain why. I explained to Glenn that I was turning in grievances & he lashed out on me & threatened me then called "code 4" & had me escorted to the hole. I fear further retaliation!!! I have witnesses if needed.

State problem clearly. Use separate grievance form for each issue. Additional pages, using plain paper, may be used. Four copies of each page and supporting documents must be submitted with this form. The grievance must be submitted to the Grievance Coordinator in accordance with the time limits of OP 03.02.130.

On or About 8/28/2023, about 12:30-1:00 during lunch, officer Glenn sent me to the hole for trying to turn in my step 2 grievance on him in for dislocating my shoulder while handcuffing me weeks prior to this. I walked in the chow hall towards the grievance Box to turn in my original grievance about him injuring me disregarding my medical detail into the mailbox for grievances. He replied "I dont care, I'll do it again" when he stopped me telling me I had to leave my forms with him & I told him what they were. I responded to him saying "Quit talking to me". He then called "code 4" & requested me get cuffed up & sent to the hole. This is evident non sense harassment. I am in fear for my safety & well being here now. **Witness: #461457 — Joshua Hahn**

Grievant's Signature: M. Cornell Eugene Brown

RESPONSE (Grievant Interviewed? ☒ Yes ☐ No    If No, give explanation. If resolved, explain resolution.)

*SEE ATTACHED*

Received
AUG 3 0 2023
RGC Grievance Coor.

| Respondent's Signature | Date 3 OCT. 2024 | Reviewer's Signature | Date 10-03-23 |
|---|---|---|---|
| Respondent's Name (Print) Sgt. N. Kowl | Working Title SERGEANT | Reviewer's Name (Print) Curt H. Schuel | Working Title CSS-2 |

| Date Returned to Grievant: 10/4/23 | If resolved at Step I, Grievant sign here. Resolution must be described above. | Grievant's Signature | Date |
|---|---|---|---|

DISTRIBUTION: White, Green, Canary, Pink — Process to Step One; Goldenrod — Grievant

*Retaliation Grievance Response*

MICHIGAN DEPARTMENT OF CORRECTIONS

CSJ-247S 3/18/2019

## STEP I GRIEVANCE RESPONSE SUPPLEMENTAL FORM
(Use if space on the CSJ-247A is insufficient for a full response by stating on the CSJ-247A "See attached CSJ-247S")

| Prisoner Last Name: | Prisoner #: | Lock/Location: | Grievance #: |
|---|---|---|---|
| Brown | 922387 | 34L-B-3S/RGC | RGC-23-08-1275-17I |

| Prisoner Interviewed: | YES ☐ | NO ☐ | If "NO", Reason: |  |
|---|---|---|---|---|
| Extension Granted: | YES ☒ | NO ☐ | If "YES", Enter End Date: | 10/04/2023 |

**COMPLAINT SUMMARY:**
Prisoner states that on 8/28/2023 as he entered the chow hall and was attempting to turn in a Grievance to the Grievance box that CO Glenn informed him that he had to leave the forms with him. I informed him that it was a Grievance on him for disregarding my medical detail and having me handcuffed in a previuos incident. Prisoner Brown stated that his responce to CO Glenn was "Quit talking to me". Prisoner Brown stated that CO Glenn called "Code 4" and requested me to get cuffed up and sent to the hole. Prisoner Brown states this is evident nonsense harassment and "I'm in fear for my safety and well being here now. Prisoner Brown supplied a prisoner witness, prisoner Hahn #461457 (22-4-3S).

**INVESTIGATION SUMMARY:**
-Interviewed CO Glenn and was informed that he told prisoner Brown that there was no paperwork allowed into the chow hall, prisoner Brown got very verbally aggitated and to the point of Creating a Disturbance in the chowhall. CO Glenn requested for inmate Brown to be escorted to 1 South for a cool down and to maintain Custody and Security during mass movement in the chowhall.

-Interviewed prisoner Hahn #461457 and he stated that he was behind prisoner Brown when CO Glenn informed him that there was no paperwork allowed in the chowhall. Prisoner Hahn then stated that prisoner Brown informed CO Glenn that these were Grievances on him and that CO Glenn started to yell at prisoner Brown stating he didn't care and that he had to listen to him and give him all the paperwork that he had. Prisoner Hahn then stated that when prisoner Brown put the paperwork in the Grievance Box that CO Glenn had prisoner Brown put in the hole.

-Attempted to interview prisoner Brown to resolve this issue, prisoner Brown refused to respond to any questions or statements to this investigation. *Lie. I was on suicide watch for a suicide attempt and explained*

**APPLICABLE POLICY, PROCEDURE, ETC.:**
03.03.105 Prisoner Discipline
04.05.112 Managing Disruptive Prisoners

*to this sgt. Ruhl that in which all transpired, how his officers are corrupt & due to this corruption I attempted suicide @ R.G.C.*

**DECISION SUMMARY:**
Based on this information obtained, there was not enough evidence to show any policy or procedure violations. It is unknown if prisoner Brown had any additional paperwork in his possession or even wrote this Grievance. Prisoner Brown refused to provide any information when attempting to clarify this Grievance. Staff have the right to Manage Disruptive Prisoners to maintain Custody and Security during mass movement. No misconducts were written and the above staff acted within policy.

| RESPONDENT NAME: | Jeffrey Ruhl | TITLE: | Sergeant |
|---|---|---|---|
| RESPONDENT SIGNATURE: | | DATE: | 10/03/2023 |
| REVIEWER NAME: | | TITLE: | Cyt |
| REVIEWER SIGNATURE: | | DATE: | 10/3/23 |

**Distribution:** Original - Step I Grievance Coordinator    Copies – 3 To Grievant (1 Prisoner Copy; 1 for Step II filing; 1 for Step III filing)

0410M10116 sent to ARF
but RGC on top

@ MTU.
This was sent to A.R.F. then
here. I was never @ ARF
thus cause for delay

MICHIGAN DEPARTMENT OF CORRECTIONS
**PRISONER/PAROLEE GRIEVANCE APPEAL FORM**

835-4248  5/09
CSJ-247B

Date Received by Grievance Coordinator
at Step II: **11-1-2023**

Grievance Identifier: **RGC 23 08 0 1275 17I**

**INSTRUCTIONS:** THIS FORM IS ONLY TO BE USED TO APPEAL A STEP I GRIEVANCE.
The white copy of the Prisoner/Parolee Grievance Form CSJ-247A (or the goldenrod copy if you have not been provided with a Step I response in a timely manner) **MUST** be attached to the white copy of this form if you appeal it at both Step II and Step III.

If you should decide to appeal the Step I grievance response to Step II, your appeal should be directed to: **RGC CRC**
**Hawkins** by **10-19-23**. If it is not submitted by this date, it will be considered terminated.

If you should decide to appeal the response you receive at Step II, you should send your Step III Appeal to the Director's Office, P.O. Box 30003, Lansing, Michigan, 48909.

| Name (Print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| Brown | 822387 | MTU | A-99-L other | 8/22/2023 | 10/23/2023 |

**STEP II — Reason for Appeal**

1) My rights were violated when I was denied access to turn my grievance in the appropriate place, then made out to have been the problem and sent to the hole for a "cooldown" when I was never Irate or disturb.

2) My witness was brushed off & his truth was turned down, even after he specifically stated I was harassed by Officer Glenn when trying to turn in a grievance on him.

3) These events were a ripple effect of cries for help from me @ RGC. Nothing was done & I ultimately tried taking my life due to mental anguish I faced

**STEP I — Response** From Administrations injustice @ RGC.

4) This matter was not resolved.

5) Sgt. Ruhl lied in his response, I did respond to all questions & statements pertaining to this incident when questioned by Sgt. Ruhl. How else would he know that I didn't wish to receive this grievance?!

Rejected untimely new # Rgc 23-08-D75 OCT 3 1 2023
JSE
RGC Grievance Coor.
11-1-2023

| Date Received by Step II Respondent: |
|---|
| 11-1-2023 |

| Date Returned to Grievant: |
|---|
| 11-1-2023 |

Hawkins _____    _____    11-1-2023
**Respondent's Name (Print)**        **Respondent's Signature**        **Date**

**STEP III — Reason for Appeal**

---

**NOTE:** Only a copy of this appeal and the response will be returned to you.

**STEP III —** Director's Response is attached as a separate sheet.

DISTRIBUTION: White – Process to Step III;  Green, Canary, Pink – Process to Step II;  Goldenrod – Grievant

RGC - 23 - 080 - 1275 - 17 I

Grievance Appeal was rejected after I explained my transfers to other Mental Health facidity being the cause for delay. By doing this, hopes I would drop this issue.

~ Cornell Brown Jr

Cornell Eugene Brown Jr. #922387
Oaks Correctional Facility
1500 Caberfae Highway
Manistee, MI 49660

RECEIVED
MAY 16 2025
CLERKS OFFICE
DETROIT

Clerks Office/
U.S. District Court
Eastern District Of Michigan
Theodore Levin United States Courthouse
231 West Lafayette Blvd,
Detroit, MI 48226

U.S. MARSHAL